AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CYNTHIA LAREE ROPER,

    Plaintiff,

v.

WIESER SECURITY CORPORATION,
WIESER SECURITY SERVICE, and
JAMARCUS COLLINS,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:24-cv-277

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated May 2, 2025, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of this Court. Plaintiff's Complaint is dismissed.

This case stands closed.



5/2/2025
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03